FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~SOUTHERN~~ *NORTHERN* DISTRICT OF MISSISSIPPI

**COMPLAINT**

RECEIVED

JAN 2 1 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

_Buck_     _L0539_
(Last Name)     (Identification Number)

_Robert_     _Thad_
(First Name)     (Middle Name)

_Leflore County Jail_
(Institution)

_509 Lincoln St. Greenwood MS, 38930_
(Address)

*(Enter above the full name of the plaintiff, prisoner, and address
plaintiff in this action)*

V.

_Leflore County Sheriff Department_

_Leflore County Jail_

_Vital Core_

CIVIL ACTION NUMBER: **4:25-cv-10-DMB-DAS**

(to be completed by the Court)

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

> **NOTICE AND WARNING:**
> The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.    Have you ever filed any other lawsuits in a court of the United States?     Yes ( ) No (✓)

B.    If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

    1.    Parties to the action: _____

    2.    Court (if federal court, name the district; if state court, name the county): _____

    3.    Docket Number: _____

    4.    Name of judge to whom case was assigned: _____

    5.    Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _____

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: _Robert T. Buck Jr_ Prisoner Number: _L0539_

Address: _Harrison County Adult Detention Center_
_4506 Merlena Street Unit 15_
_Bossier City, Louisiana 71111_

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: _Austin Moore_ is employed as
_Officer Austin Moore_ at _Leflore_
_County Sheriff Department 3600 Baldwin Rd., 38954_

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: _Robert T. Buck Jr_    ADDRESS: _Harrison County Adult Detention Center_
_4506 Merlena Street Unit 15 Bossier City,_
_Louisiana 71111_

DEFENDANT(S):

NAME: _Vital Core_    ADDRESS: _Greenwood MS 3600 County Rd. 540, 38930_
_Tyron Banks_    _3600 County Rd. 540 Greenwood MS, 38930_
_Officer Harvey C.O._    _3600 County Rd 540 Greenwood MS, 38930_
_Micheal Baldwin_    _3600 Baldwin Rd. Greenwood MS, 38954_

2

## GENERAL INFORMATION

A.     At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

      Yes ( ✓ )    No ( )

B.     Are you presently incarcerated for a parole or probation violation?

      Yes ( ✓ )    No ( )

C.     At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

      Yes ( ✓ )    No ( )

D.     Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

      Yes ( ✓ )    No ( )

E.     Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

      Yes ( )    No ( ✓ ), if so, state the results of the procedure: _____

      _____

F.     If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

      1.    Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

           Yes ( ✓ )    No ( )

      2.    State how your claims were presented (written request, verbal request, request for forms): _verbally,_
_I was told there is no law library and to take care of everything when I got out._

      3.    State the date your claims were presented: _October 29, 30, 2024_

      4.    State the result of the procedure: _I was told to take care of what I needed to when I got released. That they didnt have a law library._

3

## STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On October 25, 24 I was arrested by Austin Moore of Leflore County Sheriff Dep. at 12:00 am I was taken to Leflore County Jail and turned over to the correctional officers and when Mr. Moore was taken my paper work to booking he turned around I ran back to the cell when I was being dressed out and started choking me almost unconscious the correctional officers had to stop him. all this is on camera. After that I was placed in a observation cell when I had no running water for 5 days. Around October 28, 2024 I was taken to the sheriffs office because Mr. Baldwin requested me first when I told him I need nothing about what he was talking about and thats when he responded that he would slap the shit out of me. and picked his hand up to hit me and the correctional officer got me out of there and back to my cell, that when I told the correctional officers that I was suicidal an I tied a sheet around my neck and the sink and started choking myself. Officer Kerrecy popped the door and sprayed me 2 times in the face with his pepper spray and slammed the door. And taunted me asking me if I still felt suicidal and left me in there for 2 more days with no shower or running water. all this is on camera

IV.    **RELIEF**

State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Monetary Compensation, And the people involved in the inhumane treatment should not be working in the field of work

Signed this __15__ day of __January__ , 20 __25__ .

_Robert T Philip_  L0839

Harrison County Adult Detention Center
4506 Marlene St. Bossier Gowscene 71111
Unit 15

Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

__Jan 15, 2025__
(Date)

_Robert T Bridge_
Signature of plaintiff

4

<u>Statement of Claim</u>

① October 25, 2024 Officer Austin Moore choked me almost unconscious in the Leflore County Jail at approximately 12:30 am. All this is on Camera at the Jail.

② I was put in a observation cell with NO running water for 6 days. I was given 5 cups of water in them days. And I would not be feed if I was asleep.

③ While I was in the observation cell I tied my sheet around my neck an then to the sink and started choking myself and officer Harvey came to my door an opened it and sprayed me in the face twice with his OC gas and slammed the door and asked me if I still felt suicidal and taunted me telling me to kill myself and left me in the spray for 2 more days with no water or shower and no one to address my suicidal issues. all this is on camera this happened on October 28, 2024 around 12:00 pm

④ Mr Micheal Baldwin towed my car that I just bought on October 24, 2024 an put a hold on it when I was locked up on October 25, 2024 at 12:00 am for no reason and kept a hold on it for 2 months and wouldn't let my fiance get it out of the tow yard because it wasn't in any of our names but the title was in it. We where going the next day to Court House to send the title off. Around Dec 18, 2024 Bonds towing service calls my fiance Stacy Griffith and tells her she can come get it now to bring $3100 dollars and laughed. He took my only transportation for nothing I didn't do any thing for him to put a hold on my car. He just used his position to take it from me.

⑤ Tyron Banks for humiliating me by taking my clothes and leaving me naked in a turtle suit and then giving my clothes back only to take them again for nothing. all this is on camera.