Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

RECEIVED
JUL 17 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

__Northern__ Division

Robert Thad Buck
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Austin Moore
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 4:25CV10-DAS
(to be filled in by the Clerk's Office)

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendants

Tyron Banks

Melvin Harvey

Micheal Baldwin

VITAL CORE = Defendant FIVE

Job Title = medical personell

Employer = Leflore County Jail

Adress = 3600 Baldwin Rd, Greenwood ms, 38954

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Robert Thad Buck
   All other names by which you have been known: Rob Buck
   ID Number: 40539
   Current Institution: Harrison County
   Address: 10451 Larken Smith Drive
   Gulfport, MS 39503

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Austin Moore
   Job or Title (if known): Sheriff's Officer
   Shield Number:
   Employer: Leflore County Sheriff Dept
   Address: 3600 Baldwin Rd.
   Greenwood, MS 38954
   [ ] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: Tyron Banks
   Job or Title (if known): Jail Administrator
   Shield Number:
   Employer: Leflore County Sheriff Dept
   Address: 3600 Baldwin Rd.
   Greenwood, MS 38954
   [ ] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Melvin Henry
Job or Title (if known): Correctional Officer
Shield Number:
Employer: Leflore County Sheriff Dept
Address: 3600 Baldwin Rd
Greenwood, MS 38954
City / State / Zip Code

[ ] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: Micheal Baldwin
Job or Title (if known): Under Sheriff
Shield Number:
Employer: Leflore County Sheriff Dept
Address: 3600 Baldwin Rd
Greenwood, MS 38954
City / State / Zip Code

[ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)
[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment and 14th Amendments

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Austin Moore - I was arrested by Officer Moore and I told him

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I was in Leflore County Jail, when I was being booked in when this c/i began on a MDOC warrant on October 25, 2024 approximately 12:30 am

Page 4 of 11

Austin Moore = I was arrested by officer Moore on October 25, 2024 around 12:30 am. I advised Mr. Moore that I injested a large amount of Meth and needed medical attention and was told he was taking me to the hospital and carried me straight to Leflore County Jail without getting me checked out I was on the verge of death. When Mr. Moore turned me over to the Correctional Officers at the Jail he turned to walk to booking to give them my paper work. He yelled out to me that I was nothing but a Junkie and I replied that he was a dirty cop. Thats when he ran back to me and started choking me almost unconscience while I was still handcuffed. Finally the Correctional officers got him off of me. All this is on Camera.

Tyron Banks = After I was booked in the Jail Tyron Banks put me in the observation cell with NO running water. From October 25, 2024 until October 30, 2024. I was denied medical attention, water, and food if I was not awake. I was on the verge of death. I was overdosing on Meth and Fentanyl. I feel like they where trying to let me die. He lied to my Family numerous times saying they had a nurse watching me which was a lie. Mr. Banks denied my Family a wellness check In which they filed a complaint about. All this on Camera.

Melvin Harvey = While I was in the observation cell around October 28 or 29 2024 I advised Correctional officer Harvey that I was feeling suicidal he laughed at left the door, Thats when I attempted to hang myself thats when Officer Harvey appeared at my door had it popped and sprayed me with his OC gas 2 times in the face while I was hanging from the my sheet and slammed the cell door back shut. And stood there taunting me asking me if I still felt suicidal laughing telling me to go ahead to kill myself that he wanted to watch. And then they left me laying in the OC spray for another day with NO medical attention, or letting me wash the OC gas off me. All this is on Camera, the cell I was in had a camera in it.

Micheal Baldwin = When I was arrested by Leflore County Sheriff Dept. On October 25, 2024 on a MDOC warrant, I was put on a investigative hold by Officer Baldwin for 33 days until November 26, 2024, when I was moved to Harrison County in Gulfport MS, thats when he put a charge of Grand Larceny on me. Mr. Baldwin signed the affidavate on me for the warrant with no kind of evidence on me at all. Mr. Baldwin used the 33 days he had me on a illegal investigative hold to build a fake case on me to get my probation violated. And the Judge could determine wether it was a misdemenar or felony so she could not violated me on the charge Mr. Baldwin had on me. Mr. Baldwin also took my girlfriends car and had it on a hold for 60 days, I was never charged with any kind of crime related with the car. Mr. Baldwin said it was bought with stolen money, and had Stacy Griffith my girlfriend send bank statements in to show how it was paid for and she did and he still would not let her get the car out. He would just hang up on her when she called the Sheriffs office. After I was moved to Harrison County Mr. Baldwin contacted my girlfriend and told her she could get the car now to bring $3500 dollars and she could get it. Mr. Baldwin used his posistion to take my car. Mr. Baldwin violated my 14th Amendment and my due process, Mr. Baldwin did all kind of illegal thys in coming after me and he shouldnt be working in Law Enforcement.

Vital Core = For not giving me any medical attention when I was a MDOC property, denied me all medical attention when I was over dosing in the Leflore County Jail, After I was assaulted by Officer Moor, and after I was sprayed by Officer Harvey, never seen any medical personal at all. 8th Amendment violated to the fullest denied all medical attention or tratment. All this is on Camera at the Leflore County Jail.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

It started on October 25, 2024 around 12:30 am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My 8th Amendment and 14 Amendment were violated, I was tortured and treated like a animal. Austin Moore choked me out, Tyron Banks cut my water off depriving me of water, Melvin Harvey deprived me of medical attention and sprayed me while I was trying to commit suicide, Michael Coldwynn, built a fake case on me holding me 37 days on investigative hold and took my car for no reason at all. All this is on camera at the Jail everything!

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained mental injuries, I will never get over the torture I endured by Leflore County Sheriff dept, I still have nightmares I didn't receive any medical treatment I was denied everything by Leflore County Sheriff Dept. It was the most In humane experience I have ever endured No one should have to experience anything like I did.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the ones involved to be punished and Monetary Compensation Money Damages 200,000, my civil rights was violated to the fullest, I will never be the same again, from the torment and torture I endured at the hands of the Leflore County Sheriff Dept. In humane treatment I endured, is the worst thing I have ever experienced in my life, No one should ever have to go through something

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Leflore County Jail  Greenwood MS, 38954_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[ ] Yes

[✓] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[✓] No

[ ] Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

*They would not give me one I was told to do it when I get out. And laughed at by the Correctional Officers*

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*I told Tyron Banks and was laughed at and told to sue them when I get out.*

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*I was denied every form I asked for.*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

   I was told when I get out file one.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/27/25

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Robert Thad Buck
Prison Identification #: L0539
Prison Address: 10451 Larkin Smith Drive
Gulfport, MS 39503

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____