Robert Thad Buck — Plaintiff

4:25-cv-10-DAS

Leflore County Sheriff Dept — Defendants

RECEIVED AUG 04 2025 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

Motion to Show my 14 Amendment violated

On October the 1st 2024 I was locked up by the Leflore County Sheriff Dept on Warrant for Grand Larceny and a MDOC probation violation Warrant. When they arrested me I was over doesing so they took me to the hospital where Greenwood Leflore Hospital admitted me so the sheriff looked into my Grand Larceny charge and determined that Micheal Baldwin didn't even have any kind of evidence to even arrest me. So they dropped that charge on me October 2nd 2024 and MDOC put a hold on there warrant and they released me. And then on October 25, 2024 I was picked up again on the MDOC Hold and locked up. Officer Micheal Baldwin held me on a investigative hold from October 25, 2024 until Nov 26, 2024 until he got Travis Hubbard to come and file a false police report on me for stealing a boat motor in which I did not. I got blamed for this because I cut through a pathway by this business going to the store everyday in my neighborhood. I just got blamed for this and a fake affidavit signed on me with no kind of evidence at all against me. Mr Baldwin held me until he could get someone to falsly accusing me of committing this crime. Mr Baldwin also put a car that I had just bought 6 hours before I was locked up sitting in my car in a driveway he towed the car and put it on a investigative hold for 60 days and wouldn't let my fiancé get it. And then called her and told her to bring $600 dollars to the tow place and now she could get it. Mr Baldwin violated my due process and basically took my car using his position in law enforcement to do so. He had my fiancé send him bank records where she took the money out to buy the car and sent them to the Sheriff Dept its in the report and now he is acting like he never had it on a car Hold. I have never had a initial or preliminary hearing on this charge. Mr Baldwin

is fabricating on me. He is a very corrupt sheriff, that is obviously doing illegal things trying to build a case on me, for something I have nothing to do with. Mr. Baldwin came to testify on me at my revocation hearing and Judge Muller of Harrison County could revoke me on his evidence and he told Judge Muller I was going before the Grand Jury on March 17, 2025 and he did not send my case up he is just keeping a warrant on me because of this law suit I have against them for the cruel and unusual punishment and for humane treatment and torture I experienced by the hands of them at the LeFlore County Sheriff Dept. Mr. Baldwin dropped the case on me then held me 33 days on a investigative hold until he could get people to file false police reports and get a false statement from another known criminal/drug dealer. It is ridiculous that someone as corrupt as Michael Baldwin has any kind of Job in law enforcement. He has violated my Due Process, my 72 hour investigative hold by holding me 33 days on one. I have plenty of witness where he repeatedly told my family that he is trying to put charges on me, my family filed complaints in the 33 days he was holding me illegally, wrote MDOJ, Center For Justice, McArthur Justice Center, ACLU