**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ROBERT THAD BUCK**                                                                            **PLAINTIFF**

**v.**                                              **No. 4:25-cv-10-DAS**

**LEFLORE COUNTY SHERIFF DEPARTMENT, et al.**            **DEFENDANTS**

**ORDER OF DISMISSAL OF CLAIMS AND DEFENDANTS**

The court takes up, *sua sponte*, the dismissal of this cause. On November 18, 2025, the court entered an order requiring the plaintiff to show cause why certain claims and defendants should not be dismissed with prejudice for failure to state a claim upon which relief could be granted. Plaintiff has failed to comply with the court's order, and the deadline for compliance passed on February 17, 2025. Therefore, the following allegations and defendants are dismissed for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b):

(1) the plaintiff's claims regarding: (1) the *taking of his property*, (2) *arrest and revocation of post-release supervision without due process*, (3) *unconstitutionally harsh general conditions of confinement*, and (4) *denial of adequate medical care*; and

(2) defendants *Tyrone Banks*, *Michael Baldwin*, and *VitalCore*.

**SO ORDERED**, this, the 12th day of January, 2026.

                                                               **/s/ David A. Sanders**
                                                               **U.S. Magistrate Judge**