4:25-cv-10-DAS

Robert Buck                     Plantiff

vs.                                    CU-10-DAB

Leflore County        **RECEIVED** Defendant

FEB 09 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Motion to Show Micheal Baldwin
lied under Oath giving his Statement.

I was reading my case online and, when
I was reading Micheal Baldwins statement.
He testified that I was violated for
Grand Larceny and he had video footage of
me stealing a boat motor. I didnt not
steal a boat motor and he has no video
footage of me stealing a boat motor and
the case was dropped. I was violated for
absconding on MRS. Mr. Baldwin shall be
held accountable for lying on his statement,
Judge Miller in Harrison County has
his statement when he testified against me
at my revocation hearing, she didnt violate
me for that be of lack of evidence.