**THE UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**NORTHERN DISTRICT OF MISSISSIPPI**
**DANIEL B. MCHUGH, CLERK**

| | | |
|---|---|---|
| 911 JACKSON AVENUE | 301 WEST COMMERCE STREET | 305 MAIN STREET |
| SUITE 369 | ABERDEEN, MS 39730 | GREENVILLE, MS 38701 |
| OXFORD, MS 38655 | | |
| TELEPHONE: (662) 234-1971 | | |

June 26, 2026

Robert Thad Buck

v                                                                          Case No. 4:25-cv-10-DAS

Leflore County Jail, et al

**PLEASE TAKE NOTICE** that the following parties are in default and Entry of Default should be requested pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure:

Melvin Harvey

Austin Moore

**Failure to request an Entry of Default may result in a party of case being dismissed without prejudice for failure to prosecute.**

s/ DANIEL B. MCHUGH
Clerk of Court – by lgm