**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ROBERT THAD BUCK** **PLAINTIFF**

**v.** **No. 4:25CV10-DAS**

**LEFLORE CO. SHERIFF'S DEPT., ET AL.** **DEFENDANTS**

## ORDER *DENYING* PLAINTIFF'S MOTION [49] FOR FEDERAL INVESTIGATION

This matter comes before the court on the plaintiff's motion [49] for federal investigation. As the facts in this case will be fleshed out through the discovery process, the instant motion [49] for federal investigation is **DENIED**.

**SO ORDERED**, this, the 8th day of September, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE