**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ROBERT THAD BUCK** **PLAINTIFF**

**v.** **No. 4:25CV10-DAS**

**LEFLORE CO. SHERIFF'S DEPT., ET AL.** **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S**
**MOTION [47] FOR DISCOVERY**

The plaintiff has filed a motion to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order. However, the defendants have not been served with process and have thus not joined the issues in this case. As such, the plaintiff is not entitled to conduct discovery at this time, and the motion [47] is **DENIED** as premature.

**SO ORDERED**, this, the 8th day of September, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE